

# THE THIRTEENTH COURT OF APPEALS

## 13-11-00196-CV

TIM P. DITTMAN AND DEBBIE L. DITTMAN
v.
ANTHONY A. CERONE AND OOTZIE PROPERTIES - HOU, LLC FORMERLY
NAMED OOTZIE OF TEXAS, LLC

On Appeal from the
80th District Court of Harris County, Texas
Trial Cause No. 2008-06679

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

October 31, 2013